**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRETT DANIEL EKMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES GOVERNMENT, ) <br> ) <br> Defendant. ) <br> ) | No. C 06-06651 JW (PR) <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL; DIRECTING CLERK TO REFUND FILING FEE <br><br> (Docket No. 4) |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On May 7, 2007, plaintiff wrote to the court requesting the filing fee returned and this action dismissed. The Court construes plaintiff's request as a motion for voluntary dismissal and refund of his filing fee, as plaintiff paid the $350.00 filing fee in full.

Plaintiff's motion to voluntary dismiss the instant action (Docket No. 4) is GRANTED. The clerk is directed to refund plaintiff's filing fee payment of $350.00, as plaintiff's complaint was never served on the defendant in this matter, and to forward a copy of the refund statement to the clerk for docketing along with a

Order Granting P's Motion for Voluntary Dismissal
N:\Pro - Se\5.25.2007\06-06651 Ekman06651_vol.dism.wpd

copy of this order. The clerk shall terminate all pending motions and close the file. No further filing fee is due in this closed action.

DATED: _____May 25 2007_____

JAMES WARE  
United States District Judge